UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESTER DYER, III** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-256** |
| **SKYLINE EXPRESS III, LLC, ET AL** | **SECTION: "S" (2)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant Load 1, LLC's ("Load 1's") **Motion to Dismiss** (Rec. Doc. 5) is **DENIED** as moot.

This matter arises out of a motor vehicle collision that occurred on December 11, 2018. In his supplemental and amending Petition for Damages, plaintiff added as a defendant movant Load 1. Load 1 subsequently removed the matter to this court, and moved to dismiss the claim against it, contending that plaintiff's petitions did not prove or assert any specific negligent or wrongful conduct on the part of Load 1, in violation of Federal Rule of Civil Procedure 8(a)(2). Subsequently, plaintiff filed a Second Amended Complaint in this court, alleging respondeat superior liability pursuant to Louisiana Civil Code article 2320 against Load 1. Because plaintiff has now alleged a specific theory of recovery against Load 1, the motion to dismiss is moot, and accordingly, it is DENIED.

New Orleans, Louisiana, this 13th day of March, 2020.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**